**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-17-GF-BMM** |
| **Plaintiff,** | **ORDER** |
| **vs.** | |
| **JAMIE LEE FAIR,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on June 22, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.  It further appears there is cause to issue a forfeiture order under 18
U.S.C. § 2253(a).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is GRANTED and
Judgment of forfeiture of the following property shall enter in favor of the
United States pursuant to 18 U.S.C. §18 U.S.C. § 2253(a) free from the claims of
any other party:

- Black Samsung cellular telephone model SM-S820L(GP)

The United States shall have full and legal title to the forfeited property and
may dispose of it in accordance with law.

DATED this 28th day of August, 2017.


_____
Brian Morris
United States District Court Judge